Lois Mary Di Paolo, Plaintiff, Counter Defendant-Appellee, *v.* Anthony Michael Di Paolo, Defendant, Counter Plaintiff-Appellant.

(No. 70-257;

Second District—September 14, 1971.

Opinion by Mr. JUSTICE SEIDENFELD.

Vincent F. Lucchese and James F. Whitfield, of Chicago, for appellant.

Burek & Field, of Wheaton, for appellee.